IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01556-REB-MJW

JARROTT MARTINEZ,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,
SYDNEY HUFFMAN, and
MICHAEL JELMO,

    Defendants.

---

### ORDER RESETTING SCHEDULING CONFERENCE
(Docket No. 13)

---

THE COURT, having reviewed Defendant SYDNEY HUFFMAN's Unopposed Motion to Vacate and Reset Scheduling Conference (Docket No. 13), having reviewed the file, and being fully advised, *motion is Granted and the*

DOES HEREBY ORDER that the September 1, 2011, scheduling conference in this matter is vacated and reset for August 24, 2011, at 2:30 p.m. *Proposed Scheduling Order is due August 18, 2011.*

Done this 20th day of July, 2011.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO