IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01556-REB-MJW

JARROTT MARTINEZ,

Plaintiff(s),

v.

CITY OF COLORADO SPRINGS,
SYDNEY HUFFMAN, and,
MICHAEL JELMO,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Entry of Stipulation and Protective Order (docket no. 34) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket nol. 34-1) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: September 13, 2011