UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO. 11-cv-01556-REB-MJW

Jarrott Martinez,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality,
SYDNEY HUFFMAN, an individual,
MICHAEL JELMO, an individual,

    Defendants.

---

## ORDER (Docket No. 34)

---

THE COURT, having reviewed Plaintiff, Jarrott Martinez's Unopposed Motion for Authorization to Release Documents (Docket No. 34), having reviewed the file, and being fully advised,

DOES HEREBY ORDER that said Motion is GRANTED. The City of Colorado Springs shall disclose the CCIC documents, Bates numbered JA Martinez—CITY 333; 3553—3579; 3613—3614 within 10 days of the date of this Order.

Done this 11th day of October, 2011.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO