IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01556-REB-MJW

JARROTT MARTINEZ,

Plaintiff(s),

v.

CITY OF COLORADO SPRINGS,
SYDNEY HUFFMAN, and,
MICHAEL JELMO,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Supplement to Protective Order (docket no. 42) is GRANTED finding good cause shown.  See separate written Supplement to Stipulation and Protective Order dated October 20, 2011, (docket no. 42-1).

Date:  October 20, 2011