**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01556-REB-MJW

JARROTT MARTINEZ,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality,
SYDNEY HUFFMAN, an individual, and
MICHAEL JELMO, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The following matters are before me for consideration: (1) the **Stipulation For Partial Dismissal With Prejudice** [#49][1]; and (2) the **Stipulation For Dismissal With Prejudice** [#50] both filed January 13, 2012. After reviewing the stipulations and the file, I conclude that the stipulations should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Partial Dismissal With Prejudice** [#49] January 13, 2012, **APPROVED**;

    2. That the **Stipulation For Dismissal With Prejudice** [#50] filed January 13, 2012, is **APPROVED**;

---

[1] "[#49]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That the Trial Preparation Conference set for September 7, 2012, and the jury trial set to commence September 24, 2012, are **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs.

Dated January 17, 2012, at Denver, Colorado.

                                          **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge